(Official Form 1) (9/97)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Entringer Bakeries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**McKenzie's Pastry Shoppes** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |

**01-14388**

FILED

MAY 29 2001

| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**72-0391080** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3847 Desire Parkway<br>New Orleans, LA 70126** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)      ☐ Railroad<br>■ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other_____ | ☐ Chapter 7     ■ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign representative |

| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business    ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>    11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Entringer Bakeries, Inc. | FORM B1, Page 2 |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___*(signature)*___
Signature of Authorized Individual

**Marc Leunissen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

### Signature of Attorney

X ___*(signature)*___
Signature of Attorney for Debtor(s)
**John M. Landis**
Printed Name of Attorney for Debtor(s)
**Stone Pigman Walther Wittmann & Hutchinson**
Firm Name
**546 Carondelet Street**
**New Orleans, LA 70130-3588**
Address
**504-581-3200**
Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____     _____
Signature of Attorney for Debtor(s)            Date

## CONSENT TO ACTION BY THE
## BOARD OF DIRECTORS OF ENTRINGER BAKERIES, INC.

The undersigned, being all the directors of Entringer Bakeries, Inc. (the "Company"), a Louisiana corporation hereby adopt the following corporate resolutions by unanimous written consent as is permitted by Section 81(C)(9) of the Louisiana Business Corporation Law:

**WHEREAS,** the Company is unable to pay its debts as they become due;

**NOW, THEREFORE, BE IT**

**RESOLVED,** that the President of the Company be, and hereby is, authorized and directed, on behalf of the Company, to prepare and file the Company's voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and all other necessary papers in connection with such filing, in the United States Bankruptcy Court for the Eastern District of Louisiana, and to do any other acts and take any other steps, in the name of and on behalf of the Company, necessary or appropriate to obtaining an order for relief under Chapter 11 of the Bankruptcy Code.

**FURTHER RESOLVED,** that the President of the Company be, and hereby is, authorized and directed to retain Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P. as legal counsel to represent the corporation in the Company's bankruptcy proceedings.

**IN WITNESS WHEREOF,** this written consent is executed on this 29 day of May, 2001.

Sherif A. Ebrahim
Director

Marc Leunissen
Director

## C E R T I F I C A T E

I, Sherif A. Ebrahim, do hereby certify that I am the duly qualified Secretary of Entringer Bakeries, Inc. (the "Company"), a Louisiana corporation, and that the foregoing resolutions were duly adopted by written consent to action signed by all the members of the Board

of Directors of the Company, dated as of May 29 , 2001 and such resolutions have not been amended or modified and are still in full force and effect on the date of this Certificate.

       **IN WITNESS WHEREOF,** I have executed this Certificate this 29 day of May, 2001.

                          Sherif A. Ebrahim
                          Secretary

588073/1

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### Eastern District of Louisiana

In re    **Entringer Bakeries, Inc.**                             ,      Case No. _____

                                   Debtor

                                                           Chapter_____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ADT Security Services**<br>**14200 E Exposition Ave.**<br>**Aurora, CO** | | | Unliquidated | 34,000.00 |
| **Airborne Express**<br>**PO Box 91001**<br>**Seattle, WA 98111** | | | Disputed | 34,785.85 |
| **Bell South**<br>**P.O. Box 740144**<br>**Atlanta, GA 30374-0144** | | | | 53,642.76 |
| **Blue Bell Creameries, Inc.**<br>**PO Box 297019**<br>**Houston, TX 77297** | | | | 29,274.66 |
| **Con Pac, Inc.**<br>**PO Box 57477**<br>**New Orleans, LA 70157** | | | | 50,592.56 |

In re    Entringer Bakeries, Inc. _____,    Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Crescent Business Mach.<br>1605 Airline Hwy.<br>Metairie, LA 70001 | | | Unliquidated | 34,049.17 |
| Entergy<br>PO Box 61966<br>New Orleans, LA 70167 | | | | 333,114.42 |
| General Corrugated MFG<br>5630 Old Gentilly Rd.<br>New Orleans, LA 70126 | | | | 34,717.59 |
| John E. Koerner & Co. Inc.<br>PO box 10218<br>Jefferson, LA 70181 | | | | 102,433.66 |
| Kupper Parker Communications, Inc.<br>P.O. Box 1541<br>Department K<br>St. Louis, MO 63188 | | | | 94,282.58 |
| Louisiana Coca Cola Bottling Company<br>P.O. 54145<br>New Orleans, LA 70145 | | | Unliquidated | 34,000.00 |

In re  Entringer Bakeries, Inc. _____,  Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Michael Foods, Inc.<br>PO Box 98378<br>Chicago, IL 60693 | | | | 62,993.20 |
| Rebowe & Co.<br>3501 N. Causeway Blvd.<br>Metairie, LA 70002 | | | | 33,796.74 |
| Schneider Paper Prod. Inc.<br>PO Box 3467<br>New Orleans, LA 70177 | | | | 95,791.38 |
| Sewerage & Water Board Of New Orleans<br>Collection Dept.<br>Room 154; 625 St. Joseph<br>New Orleans, LA 70165 | | | Unliquidated | 35,000.00 |
| Task Force Temporary Staffing<br>1605 Airline Dr.<br>Metairie, LA 70001 | | | | 82,336.12 |
| Tate & Lyle North American Sugars<br>N. American Sugars Inc.<br>PO Box 751945<br>Charlotte, NC 28275-1945 | | | | 71,131.43 |

In re  **Entringer Bakeries, Inc.**                                      Case No. _____

_____,
                                          Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Times Picayune<br>3800 Howard Avenue<br>New Orleans, LA 70125 | | | | 50,782.93 |
| United Parcel Service<br>PO Box 505820<br>The Lakes, NV 88905-5820 | | | | 67,906.46 |
| Waste Management<br>3750 Alvar St.<br>New Orleans, LA 70126 | | | | 37,162.27 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  5/29/01                              Signature  _Marc Leunissen_
                                                        Marc Leunissen
                                                        President

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re     **Entringer Bakeries, Inc.**

_____,
Debtor

Case No. _____

Chapter _____ **11** _____

## Verification of Creditor Matrix

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date___5/29/01_____

Signature_____

**Marc Leunissen**
**President**

3847 Desire Parkway LLC
4328 Alabama Ave
Kenner, LA 70054


3847 Desire, L.L.C.
3839 Frenchmen St.
New Orleans, LA 70122


4926 Prytania St. LLC
4328 Alabama Ave
Kenner, LA 70065


4926 Prytania, L.L.C.
3839 Frenchmen St.
New Orleans, LA 70122


A.J.'s Produce Co., Inc.
3122 Chartres Street
New Orleans, LA 70117


ACME Lock Company
337 Brooklyn Ave.
New Orleans, LA 70121


ADT Security Services
14200 E Exposition Ave.
Aurora, CO


AIB International
1213 Bakers Way
P.O. Box 3999
Manhatten, KS


Air-Frigeration Svc. Inc.
2508 Hickory Ave.
Metairie, LA 70003


Airborne Express
PO Box 91001
Seattle, WA 98111


Allen Canning Company
PO Box 250
Siloam Springs, AK

Allfresh Food Prod. Inc.
2156 Green Bay Rd.
Evanston, IL 60201


American Bearing & Supply
PO box 10222
Jefferson, LA 70181


American Interstate Insu
2301 Hwy 190 West
DeRidder, LA 70634


Amerilease Financial Corp
3117 Independence St.
Metairie, LA 70006


AMF Bakery Systems
PO Box 502992
St. Louis, MO 63150-2992


AmSouth Leasing
P.O. Box 41601
Philadelphia, PA 19101-1601


Argo International Corp.
140 Franklin St.
New York, NY 10013


AT&T
PO Box 2969
Omaha, NE 68103-2971


Bear Brothers Electric Co.
4533 Glendale Street
Metairie, LA 70006


Beatrice/Hunt-Wesson, Inc.
Drawer CS 198110
Atlanta, GA 30384


Bedford Industries, Inc.
NW-9325
PO Box 1450
Minneapolis, MN 55485

Bell South
P.O. Box 740144
Atlanta, GA 30374-0144

Belshaw
PO Box 60611
Charlotte, NC 28260

Benjamin J. Dempsey
50 Tree Blvd.
Woodcliff Lake, NJ 07675

Bert Leaveau
Boiler & Heating Co.
6226 Louis XIV St.
New Orleans, LA 70124

Best Business Forms
PO Box 23625
New Orleans, LA 70183

Blue Bell Creameries, Inc.
PO Box 297019
Houston, TX 77297

Bob's Supply Company
421 East Virtu Street
P.O. Box 466
Chalmette, LA 70043

Borden, Inc.
PO Box 66257
Baton Rouge, LA 70896

Bubba's Produce Co., Inc.
Wholesale Fruit & Produce
PO Box 26267
New Orleans, LA 70186

Bunge Foods
PO Box 905097
Charlotte, NC 28290

Bunge Foods
PO Box 730283
Dallas, TX 75373

Burford Corporation
PO Box 714
Maysville, OK 73057

C.M. Products, Inc.
PO Box 94342
Chicago, IL 60678

Cahokia Flour Company
6060 Manchester
St. Louis, MO 63110

Cambias Office Equip. Co.
332 Baronne St.
New Orleans, LA 70112

Cancan Systems, Inc.
1539 Jackson Ave.
Suite 120
New Orleans, LA 70130

Caro Produce & Inst. Food
PO Box 54946
Newton, NC

Carrollton Central Plaza Assoc.
P.O. Box 6401
Metairie, LA 70009

Carrollton Pest control
PO Box 13458
New Orelans, LA 70185

Cash Register Sales, Inc.
3020 N. ARnoult St.
Metairie, LA 70002

Central States
H&W and Pension Funds
Dept. 10291
Palatine, IL 60055

Century Cookies
400 So. 2nd St.
Harrison, NJ 07029


Chemcentral/New Orleans
PO Box 96257
Chicago, IL 60693


CHR Hansen, Inc.
PO Box 8500
Philadelphia, PA 19178


City of Hammond
Property Tax Division
PO Box 2788
Hammond, LA 70404


City of Hammond
Utility Deptartment
PO Box 2788
Hammond, LA 70404


City of Hammond
Sales Tax Division
PO Box 2788
Hammond, LA 70404-2788


City of Westwego
419 Avenue A
Westwego, LA 70094


Clifford Reuther & Lloyd Seube
2118 Pakenham Drive
Chalmette, LA 70043


Cobblestone Ovens, Inc.
4301 Regency Dr.
Glenview, IL 60025


Coleman's Wrecker Service
PO Box 26484
New Orleans, LA 70126

Community Coffee Co.
PO Box 60141
New Orleans, LA 70160

Con Pac, Inc.
PO Box 57477
New Orleans, LA 70157

Conagra Grocery Products
PO Box 841809
Dallas, TX 75284-1809

Concord Equipment Sales
P.O. Box 381645
Germantown, TN 38183

Cotton Goods Manufancturies
259 N. California
Chicago, IL 60612

Crescent Bank & Trust
P.O. Box 60048
New Orleans, LA 70160

Crescent Business Mach.
1605 Airline Hwy.
Metairie, LA 70001

Crompton & Knowles Crop
ITC Division
PO Box 8500 (9085)
Philadelphia, PA 19178

Cross Gates Utilities
350 N. Military Rd.
Slidell, LA 70461

Cutler Egg Products, Inc.
PO Box 489
Abbeville, AL 36310

D&S Sheet Metal Workds
1117 Central Ave.
Metairie, LA 70001

Dairy Fresh Corporation
PO Box 16239
Hattiesburg, MS 39404


Debra & Antonio Montagnino
1432 Mimosa Street
Marrero, LA 70072


Deco Pac
SDS 12-0871
PO Box 86
Minneapolis, MN 55486


Delta World Tire
407 N. Broad
New Orleans, LA 70119


DEO Company, Inc.
5350
St. Bernard Ave.
New Orleans, LA 70122


DeO Company, Inc.
5350 St. Bernard Ave.
New Orleans, LA 70122


Dept of Social Services
PO Box 1427
1000-A Plantation Rd.
Thibodaux, LA 70302-1271


Dept. of Public Safety
Office of Motor Vehicles
PO Box 66196
Baton Rouge, LA 70896


Dept. Revenue & Taxation
Collection Division
PO Box 201
Baton Rouge, LA 70821


Dole Packaged Foods
PO Box 371251
Pittsburgh, PA 15251

Domino Sugar Corporations
PO Box 73665
Chicago, IL 60673


Doussan, Inc.
PO Box 845502
Dallas, TX 75284-5502


Dr. Lock, Inc.
709 Tchoupitoulas St.
New Orleans, LA 70130


Economy Iron Works, Inc.
635-45 So. Peters St.
New Orleans, LA 70130


Eddie's Wrecker & Service
1410 Front Street
Slidell, LA 70458


Entergy
PO Box 61966
New Orleans, LA 70167


Eric Seals
c/o Seals Development
P.O. Box 610
Mandeville, LA 70420


Family Bakers, LLC
c/o Mickal P. Adler
Blue Williams, LLP
3421 n. Causeway Blvd., Suite 900
Metairie, LA 70002-3760


Fire Protection Systems
PO Box 667
La Place, LA 70069


First National Bank of Commerce
P.O. Box 62091
New Orleans, LA 70126

Fix-It Glass & Mirror
801 Madison Street
Gretna, LA 70053


Flexton
PO Box 23702
New Orleans, LA 70183


Floor Equipment Service
300
N. Meadow Street
Metairie, LA 70003


Fortenberry-Hurwitz LTD
PO Box 870310
New Orleans, LA 70187


Francotyp-Postalia, Inc.
PO Box 4272
Carol Stream, IL 60197


Fuelman New Orleans
PO Box 95111
New Orleans, LA 70195


G.A. Lotz Co., Ltd.
540 N. Cortez
New Orleans, LA 70119


GB&G Die and Gasket Co.
PO Box 57178
New Orleans, LA 70157


GE Capital


GE Captial Corporation
PO Box 94926
Cleveland, OH 44101


General Corrugated MFG
5630 Old Gentilly Rd.
New Orleans, LA 70126

Gentilly Propane Gas Service
7216 Chef Menteur Hwy.
New Orleans, LA 70126


Germantown MFG. Co.
PO Box 7780-4201
Philadelphia, PA 19182


GGDS d/b/a Magnolia Shopping Center
201 St. Charles Ave., Suite 3201
New Orleans, LA 70170


Gilbert E. Copeland, Sr.
G. Copeland Enterprises
810 Copal Street
Mandeville, LA 70448


Gilbert E. Copeland, Sr.
78011 Highway 25
Folsom, LA 70437


Griffin Food Company
PO Box 1928
Muskogee, OK 74402


Gulf-Best Electric, Inc.
4525 N. Claiborne Ave.
New Orleans, LA 70117


H. Roberta Maestri Landry
5582 Jacquelyn Court
New Orleans, LA 70124


H.J. Bergeron Pecan
Shelling Plant
10003 False River Rd.
New Roads, LA 70760


Harry Lee Sheriff & Tax
Collector - Jeff. Parish
PO Box 627
Metairie, LA 70004

Heather Distributing
906 Pine Hollow
Friendswood, TX 77546


Helen Weisdorffer and Irma Rogers
c/o Carroll Rogers
701 Poydras Street, Suite 400
New Orleans, LA 70139


Heller Financial Leasing
Dept 70501
PO Box 67000
Detroit, MI 48267


Heller Seasonings & Ingredients
Lock Box 95056
Chicago, IL 60694


Henry & Henry
3765 Walden Ave.
Lancaster, NY 14086


Hobart Crop.
1000 Riverbend Blvd.
Suite H
St. Rose, LA 70087-0442


Hub Auto Parts
209 W. Judge Perez Dr.
Chalmette, LA 70043


Hunt-Wesson, Inc.
PO Box 844734
Dallas, TX 75284


Inez L. Trist
c/o Nicholas P. Trist, Jr.
P.O. Box 143
Chalmette, LA 70044


Internal Revenue Svc. Center
Dept. of the Treasury
Austin, TX 73301

International Multifoods
Industrial Foods Div.
PO Box 96225
Chicago, IL 60693-6625


J.W. Allen & Company
PO Box 71641
Chicago, IL 60694-1641


Jack A Stephens Sheriff
& Tax Coll. St. Bernard
PO Box 168
Chalmette, LA 70044


Jack Stumpf & Assoc. Inc.
PO Box 115
Harvey, LA 70059-0115


Jackson's Grease Trap
PO Box 1007
Kenner, LA 70063


Jefferson Parish
Dept. of Public Utilities
PO Box 548
Marrero, LA 70073


John E. Koerner & Co. Inc.
PO box 10218
Jefferson, LA 70181


JSO Associates, Inc.
17 maple Dr.
Great Neck, NY 11021


Ken-Air Refrigeration
PO Box 73052
Metairie, LA 70033


Knouse Foods Inc.
PO Box 640743
Pittsburgh, PA 15264

Kronlage, Landrieu
c/o Charles Kronlage
719 St. Charles Ave.
New Orleans, LA 70130

KSC, LLC
3001 Division St. #150
Metairie, LA 70002

Kupper Parker Communications, Inc.
P.O. Box 1541
Department K
St. Louis, MO 63188

LA Coca Cola Bot. Co.
c/o Hibernia Bank
PO Box 54145
New Orleans, LA 70154

La Dept Agriculture & Forestry
PO Box 91081
Baton Rouge, LA 70821

LA. Fire & Safety Co.
PO Box 791005
New Orleans, LA 70179

LA. Plumbing & Heating
2811 Frenchman Street
New Orleans, LA 70122

Latter & Blum
7840 Maple Street
New Orleans, LA 70118

Lee Protection Security
57405 Beech Ave.
Slidell, LA 70461

Loreto Montagnino
633 Fairfield Ave.
Gretna, LA 70056

Loubar L.L.C.
6221 S. Claiborne Ave.
Suite 300
New Orleans, LA 70125


Loubar LLC
6221 S. Claiborne Ave., Suite 300
New Orleans, LA 70125


Loubat Equipment
PO Box 19366
New Orleans, LA 70119


Louisiana Coca Cola Bottling Company
P.O. 54145
New Orleans, LA 70145


Louisiana Gas Service
3200 Cleary Ave.
Metairie, LA 70060


M.A. Green Shopping Center
7809 Airline Hwy., Suite 309
Metairie, LA 70003


Magnum Equipment, Inc.
5817 Plauche St.
Harahan, LA 70123


Main Street Ingredients
Dept 59518
Milwaukee, WI 53259-0518


Mallet & Company Inc.
Box 474
Carnegie, PA 15106


Marrero Land & Improvement
5201 West Bank Expressway
Marrero, LA 70072


Martin H. Radosta, Jr.
1955 Ormond Blvd, Suite E
Destrehan, LA 70047

McKenzie's Chicken in a Box, LLC
4328 Alabama Ave.
Kenner, LA 70065


Metairie Properties, LLC
P.O. Box 55242
Metairie, LA 70055


Michael Foods, Inc.
PO Box 98378
Chicago, IL 60693


Moon's Wrecker Service
PO Box 331
Westwego, LA 70094


Mrs. Alvena Smith Lupo
PTHSE Ste-Smith Lupo Center
145 Robert E. Lee Blvd.
New Orleans, LA 70117


Mrs. Robert Thompson or Alan Thompson
333 Newman Avenue
New Orleans, LA 70121


N.O. Business Machines
PO Drawer 807
Metairie, LA 70004


N.O. Mardi Gras Guide
PO Box 8058
New Orleans, LA 70182


National Linen Service
PO Box 52616
New Orleans, LA 70152


Nestle USA, Inc.
PO Box 277115
Atlanta, GA 30384


New Orleans Regional Loan Corp
650 Poydras Street
Suite 1220
New Orleans, LA 70130

Northlake Shopping Center
4621 West Napoleon Ave.
Metairie, LA 70001

Northside Plaza, LLC
3300 W. Esplanade AVe., Suite 2200
Metairie, LA 70006

O'Donnell Bros. Inc.
951 Lafayette St.
New Orleans, LA 70113

Oakite Products, Inc.
PO Box 641935
Pittsburgh, PA 15264

Oakwood Shopping Center, Ltd.
197-33 Westbank Expressway
Gretna, LA 70053

Office Depot
6851 Veterans Memorial Blvd.
Metairie, LA 70003

Oliver Products Co.
Dept 78218
PO Box 78000
Detroit, MI 48278-0218

Origianl Nut House Brand
PO Box 841375
Dallas, TX 75284-1375

Orleans Carbonic
1540 St. Louis St.
New Orleans, LA 70112

P.A. Menard
PO Box 50158
New Orleans, LA 70150

Papetti's
PO Box 23773
Newark, NJ 07189

Parish of Jefferson
Sales Tax Division
PO Box 627
Metairie, LA 70004

PCH Properties, LLC
507 Pinecrest Court
Slidell, LA 70461

Pelayo Correa
6854 Marigny St.
New Orleans, LA 70122

Penny's Auto Chassis
728 St. George Street
Jefferson, LA 70121

Pfeil & Holing Inc.
58-15 Northern Blvd.
Woodside, NY 11377

PG&L
343 S. Morrison Blvd.
Hammond, LA 70403

Pique Severn Avenue Partnership
3501 Severn Ave., Suite 21
Metairie, LA 70002

Plaza 24 LLC
14 Audubon Place
New Orleans, LA 70118

Plaza 24 LLC
14 Audubon Place
New Orleans, LA 70118

Pratt Landry Associates
530 So. Jefferson Davis.
New Orleans, LA 70119

Premier Malt Prodts. Inc.
PO Box 36359
Grosse Pointe, MI 48236

R.C. Camet
4704 Carthage Street
Metairie, LA 70002


Rebowe & Co.
3501 N. Causeway Blvd.
Metairie, LA 70002


Redd Pest Control
PO Box 641930
Kenner, LA 70064


Refuel
PO Box 52679
New Orleans, LA 70152


Reily Electrical Supply
Div Wesco Distribution
PO Box 74027
Atlanta, GA 30374-0727


Retif Oil & Fuel
PO Box 58349
New Orleans, LA 70158


Rich Products Corp.
Bakery Division
PO Box 98333
Chicago, IL 60693


Riverpark, LLC
2121 Airline Dr., Suite 600
Metairie, LA 70001


Robco, Inc.
P.O. Box 10890
Jefferson, LA 70181


Robert Miller
#5 Sanctuary Lane
Metairie, LA 70006


Rosenthal Agency
PO Box 6650
Metairie, LA 70009

Sauve Bakery Supls Inc.
1319 Fulton St.
Kenner, LA 70062


Scavone/Vitenas Partnership
5304 Cocos Plumosas Drive
Kenner, LA 70065


Schneider Paper Prod. Inc.
PO Box 3467
New Orleans, LA 70177


Sewerage & Water Board Of New Orleans
Collection Dept.
Room 154; 625 St. Joseph
New Orleans, LA 70165


Signlite, Inc.
1490 E. I-10 Service Rd.
Slidell, LA 70461


Sizeler Property


South Central Bell
P.O. Box 66002
New Orleans, LA 70166


Square Deal, LLC
4533 A Canal Street
New Orleans, LA 70130


St. Bernard Water Dist.
No. 1
PO Box 1278
Chalmette, LA 70044


State Fire Marshal Office
Mechanical Safety Section
5150 Florida Blvd.
Baton Rouge, LA 70806

State of Louisiana
Dept. of Health & Hospitals
PO Box 60630
New Orleans, LA 70160


Stephen C. Hartel
3850 N Causeway Blvd., Suite 630
Metairie, LA 70002


Sterik Company
c/o Audurndale Properties
50 Tice Blvd.
Woodcliff Lake, NJ 07675


Stewart/Stirling One LLC
109 Northpark Blvd., Suite 300
Covington, LA 70433


Strategic Capital, LLC
4717 Woodland Ave.
Metairie, LA 70002


Sweet Art Division
1905 E. 123rd St.
Olathe, KS 66061


Tammany Mall, LLC
350 N. Causeway Blvd.
Mandeville, LA 70448


Task Force Temporary Staffing
1605 Airline Dr.
Metairie, LA 70001


Tate & Lyle North American Sugars
N. American Sugars Inc.
PO Box 751945
Charlotte, NC 28275-1945


Teamsters Local No. 270
PO Box 3398
New Orleans, LA 70177

The Radiator Shop, Inc.
PO Box 26102
New Orleans, LA 70186


The Sumar company
PO Box 73482
Metairie, LA 70033


The Unger Company
PO Box 72321
Cleveland, OH 44192


The Water Company
3212 16th Street
Suite 201
Metairie, LA 70002


Times Picayune
3800 Howard Avenue
New Orleans, LA 70125


Times Picayune Publ. Corp.
3800 Howard Ave.
New Orleans, LA 70140


Town Square Associates, LP
33 S. Service Rd.
Jericho, NY 11753


Tri-Gas Doussan
PO Box 951412
Dallas, TX 75395-1412


Truck & Transportation Equipment Co.
PO Box 10455
New Orleans, LA 70121


United Parcel Service
PO Box 505820
The Lakes, NV 88905-5820


United States Trustee
400 Poydras Steet
Suite 2110
New Orleans, LA 70130

Village Aurora II, LLC
2542 Williams Blvd.
Kenner, LA 70062


Village Center Investments, Inc.
2439 Manhattan Blvd., Suite 100
Harvey, LA 70058


W.W. Grainger, Inc.
Dept 536 -- 807148812
Palatine, IL 60038


Wallace Computer Service
PO box 730165
Dallas, TX 75373


Washington - St. Tammany
Electric Cooperative Inc.
PO Drawer N
Franklinton, LA 70126


Waste Management
3750 Alvar St.
New Orleans, LA 70126


Wellman Paper Company
5515 Pepsi Street
Suite D
Harahan, LA 70123


Whitney National Bank
228 St. Charles Ave.
New Orleans, LA 70130


Xerox Corporation
Mail Stop X9-01
PO box 660501
Dallas, TX 75266


Yendis Realty, Inc.
1055 St. Charles Ave.
New Orleans, LA 70130

Yvonne M. Hebert
407 Bienville Rd.
Folsom, LA 70437