ENTRINGER BAKERIES, INC.                                                                                        01-14388

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

10172
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
ENTRINGER BAKERIES, INC. (01-14388 A)
92000874663366
Unclaimed funds

TID # 380220

Date   12/01/2010

$ ******11,799.36

~~~Eleven Thousand Seven Hundred Ninety-Nine Dollars and 36/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000 10172⑈ ⑆043302493⑆ 92000874663366⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227954   -- KW
* * C O P Y * *
December 03, 2010
13:06:24

TREASURY REGFUND
01-14388
Debtor.: ENTRINGER BAKERIES, INC.
Trustee: Aaron Caillouet
Amount.:          $11,799.36 CH
Check#.: 10172

Total-> $11,799.36

FROM: CAILLOUET

12/3/10
Deposited to 6047 BK

Due:
Clifford Reuther Lloyd Seube

BK#15

CVogel

# AARON CAILLOUET
## BANKRUPTCY TRUSTEE

401 MENARD STREET
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284
EMAIL: aarontr@charter.net

December 1, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

                RE: Unclaimed Funds
                U.S.B.C. No. 01-14388
                Entringer Bakeries, Inc.

Enclosed please find check #10172 in the amount of $11,799.36 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay claim #142 to:
    Clifford Reuther  Lloyd Seube
    2118 Pakenham Drive
    Chalmette, LA  70043

                      Sincerely,

                      Aaron Caillouet, Trustee

AC/sfc

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

THE BANK O[F]
500 Ross Street, Su[ite]

Pay to the Order of:
Clifford Reuther; Lloyd Seub[e]
2118 Pakenham Drive
Chalmette LA 70043

~~~Eleven Thousand Seven Hundred Ninety

7030⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱@3519

NIXIE   708   50   1   00   08/28/10

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7030135190⸱⸱⸱⸱⸱⸱1   *1565-05328-26-41

Claim #142