ENTRINGER BAKERIES, INC.  01-14388

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

10171
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
ENTRINGER BAKERIES, INC (01-14388 A)
92000874663366
Unclaimed funds

TID # 380220

Date 12/01/2010

$ **********84.00

~~~Eighty-Four Dollars and 00/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈024931⑈ 920008746633366⑈'

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227952    - KW
* * C O P Y * *
December 03, 2010
12:58:21

TREASURY REGFUND
01--14388

Debtor.: ENTRINGER BAKERIES, INC.
Trustee: Aaron Caillouet
Amount.:           $84.00 CH
Check#.: 10171

Total-> $84.00

FROM: CAILLOUET

12/3/10
DEPOSITED TO 6047BK
Due:
DAWN RENO

BR#15
ev

# AARON CAILLOUET
## BANKRUPTCY TRUSTEE

401 MENARD STREET
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284
EMAIL: aarontr@charter.net

December 1, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: Unclaimed Funds
U.S.B.C. No. 01-14388
Entringer Bakeries, Inc.

Enclosed please find check #10171 in the amount of $84.00 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay claim #60 to:
Dawn Reno
688 Hooter Road
Westwego, LA 70094

Sincerely,

Aaron Caillouet, Trustee

AC/sfc

*(Image of a returned envelope/check, rotated sideways)*

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

THE BA[NK]
500 R[oss]

Pay to the Order of: Dawn Reno
688 Hooter Road
Westwego LA 70094

~~~Eighty-Four Dollars and 00/100

NEW ORLEANS LA 701
[postmark]

Move

NIXIE 708 5E 1 00 09/12/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 70301351901 *1665-01524-26-41

Jamie #6