ENTRINGER BAKERIES, INC  01-14388

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

10173
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
ENTRINGER BAKERIES, INC. (01-14388 A)
92000874663366

TID # 380220

Date 12/01/2010

Unclaimed funds

$ *********729.80

~~~Seven Hundred Twenty-Nine Dollars and 80/100

Pay to the Order of  Clerk, U.S. Bankruptcy Court
Hale Boggs Building
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆24931⑆ 920008746633366⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227951    - KW
* * C O P Y * *
December 03, 2010
12:56:12

TREASURY REGFUND
01-14388

Debtor.: ENTRINGER BAKERIES, INC.
Trustee: Aaron Caillouet
Amount.:          $729.80 CH
Check#.: 10173

Total -> $729.80

FROM: CAILLOUET

12/3/10
Deposited to 6047BK

Due:
H.R. Maestri

BK#15

Vogel

# AARON CAILLOUET
### BANKRUPTCY TRUSTEE

401 MENARD STREET
THIBODAUX, LOUISIANA 70301

TELEPHONE: (985) 446-1284
EMAIL: aarontr@charter.net

December 1, 2010

Clerk, United States Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

RE: Unclaimed Funds
U.S.B.C. No. 01-14388
Entringer Bakeries, Inc.

Enclosed please find check #10173 in the amount of $729.80 which represents unclaimed funds in the case of the above referenced debtor according to FRBP 3011.

Attached also please find copies of previous attempts to pay the Admin. claim to:
H.R. Maestri
5582 Jacquelyn Court
New Orleans, LA  70124-1047

Sincerely,

Aaron Caillouet, Trustee

AC/sfc

NEW ORLEANS LA 701

NIXIE    708    52    1    00    08/29/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 70301351901    *1665-01871-26-41

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

Pay to the Order of: ~Seven Hundred Twenty-Nine Dollar

H.P. Maestri
5582 Jacquelyn Court
New Orleans LA 70124-1047