# United States Bankruptcy Court
# Eastern District of Louisiana

To:  Benny Gordon                                             Case Number:  01-14388

Debtor(s):  Entringer Bakeries, Inc.                          Chapter:  7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** is deficient for the following reason(s):

- ✓ A copy of claimant's current driver's license or other government-issued identification containing the claimant's photograph and current address is required.

- ✓ A copy of the claimant's social security card is required.

- ✓ Documentation that the claimant resided at the original address at the time of deposit is required.  (Ex. old electric bill, telephone bill or any document with the original address, etc.)

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office at (504) 589-7862.

                                                              By:  Cheryl A. Vogel
                                                              Fiscal Supervisor

Date: January 25, 2011