# United States Bankruptcy Court
## Eastern District of Louisiana

To:  Brian Dilks  
     Dilks & Knopiks, LLC

Case Number:  01-14388

Debtor(s):  Entringer Bakeries, Inc.

Chapter:  7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds** for Lourdes D. Pampo in the amount of $2,253.20 is deficient for the following reason(s):

☒  Copy of claimant's social security card is required.  Although a copy of the claimant's card was submitted, it is illegible.

Â    The Judge has requested another legible copy to be submitted.

For further procedural information or questions regarding unclaimed funds, please contact the Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl A. Vogel  
Deputy Clerk

Date: August 5, 2011