```
                           United States Bankruptcy Court
                            Eastern District of Louisiana
In re:                                                              Case No. 01-14388-EWM
Entringer Bakeries, Inc.                                            Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 053L-2           User: cl                    Page 1 of 1                  Date Rcvd: Aug 30, 2011
                               Form ID: pdf842             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
cr          +Ferdinand Valteau, Jr.,    4977 Lafon Drive,    New Orleans, LA 70126-4123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**                    **Signature:**    *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| ENTRINGER BAKERIES, INC. | 01-14388 |
| DEBTOR | SECTION "A"<br>CHAPTER 7 |

## ORDER

On August 23, 2011 there came before the Court the Amended Motion for Payment of Unclaimed Funds filed by Ferdinand Valteau, Jr., at 4977 Lafon Drive, New Orleans, LA 70126, requesting payment of unclaimed funds in the amount of $1,716.03.

Present at the hearing:

Ferdinand Valteau, Jr., Claimant in Proper Person

The Court having considered the motion, the statements of the claimant, and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana;

Accordingly,

IT IS ORDERED that the Motion for Payment of Unclaimed Funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check payable to Ferdinand Valteau, Jr. in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, August 29 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge