# United States Bankruptcy Court
## Eastern District of Louisiana

To:  Brian J. Dilks                                                          Case Number:  01-14388

Debtor(s):  Entringer                                                        Chapter:  7

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds for Laurel Turner in the amount of $2,155.24** is deficient for the following reason(s):

- ☒ Although a copy of claimant's current drivers's license has been provided, a non-redacted copy is required.

- ☒ Claimant's social security number card is required as well as Laurel Turner's complete social security number.  Or completed and signed IRS form W-9 for each person.

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

By: Cheryl Vogel
Deputy Clerk

Date: March 5, 2012