UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**ENTRINGER BAKERIES, INC.**

DEBTOR(S)

**BANKRUPTCY NO.**

01-14388

SECTION "A"
CHAPTER 7

## ORDER

Considering the Motion for Payment of Unclaimed Funds filed by General Growth Properties, Inc. c/o Dilks & Knopik, LLC **(P-755)**;

The Court having reviewed the Motion and record herein, finding that the claimant failed to correct deficiencies referenced in the Notice of Deficiency issued by the Clerk's Office on July 20, 2012;

**IT IS ORDERED** that the Motion for Payment of Unclaimed Funds filed by General Growth Properties, Inc. c/o Dilks & Knopik, LLC is **DENIED without prejudice**. The claimant must provide the requested documentation upon the filing of a new motion or a motion to reconsider.

New Orleans, Louisiana, January 28 2013.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge